Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.<br><br>      Plaintiffs,<br>v.<br><br>BARBARA JEAN BANKS, individually and dba B & C PAINTING AND DECORATING,<br><br>      Defendant. | Case No.: C10-0024 EMC<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date: August 25, 2010<br>Time: 1:30 p.m.<br>Ctrm: C, 15th Floor<br>Judge: The Honorable Edward M. Chen |

Plaintiffs herein respectfully submit their Request to Continue the Case Management Conference, currently on calendar for August 25, 2010, for approximately 90 days.

1. Following Plaintiffs' Case Management Statement and Request for Continuance of Case Management Conference filed on June 10, 2010, Defendant has made several small and sporadic payments towards the $8,703.12 balance due (plus 5% per annum interest from March 6, 2010), including one payment of $2,000.00 which failed to clear the bank due to insufficient funds.

2. Proceeding with a Motion for Default Judgment which would entail significant additional attorneys' fees, and thereby extend collection time and expense in an attempt to satisfy

-1-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C10-0024 EMC**

1 such Judgment. Plaintiffs would prefer to continue to attempt resolution of the outstanding amounts with Defendant, who does make periodic payments to Plaintiffs.

3.  Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for August 25, 2010, be continued for 90 days to allow resolution of remaining amounts to be paid, as well as the audit.  If resolved, Plaintiffs will dismiss this action.

4.  There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue to currently scheduled Case Management Conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 18th day of August, 2010, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By:  /S/Muriel B. Kaplan
Muriel B. Kaplan
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Case Management Conference is hereby continued to _____12/8/10_____ at ___1:30 p.m._____, and all previously set deadlines and dates related to this case are continued accordingly.  Plaintiffs is ordered to serve a copy of this order upon defendant immediately.

Date: _____8/19/10_____      _____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

-2-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C10-0024 EMC**

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On August 18, 2010, I served the following document(s):

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**

on the interested parties in said action, by <u>First Class U.S. Mail</u>, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Barbara Jean Banks**
> **Individually and dba B & C Painting**
> **and Decorating**
> **4026 – 3rd Street #301**
> **San Francisco, California 94124**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 18th day of August, 2010, at San Francisco, California.

_____/S/_____
Vanessa de Fábrega

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C10-0024**