1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287–Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorneys for Plaintiffs

10              UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al. | Case No.: C10-0024 EMC
14 | Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL**
15 | v. | ORDER
16 | BARBARA JEAN BANKS, individually and *dba* B & C PAINTING AND DECORATING, |
17 | Defendant. |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), Plaintiffs BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendant BARBARA JEAN BANKS, individually and *dba* B & C PAINTING AND DECORATING. Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

///

///

///

It is therefore requested that this action be dismissed without prejudice.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 15th day of December, 2010, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


By: /S/Muriel B. Kaplan
Muriel B. Kaplan
Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice and all dates in this matter are vacated.

Date: 12/16/10

THE HONORABLE EDWARD M. CHEN
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Edward M. Chen

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On December 15, 2010, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by <u>First Class U.S. Mail</u>, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Barbara Jean Banks**
> *dba* **B & C Painting and Decorating**
> **4026 – 3rd Street #301**
> **San Francisco, California 94124**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 15th day of December, 2010, at San Francisco, California.

_____/S/_____
Vanessa de Fábrega

1
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C10-0024 EMC**